UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NOBLE SYSTEMS CORP., INC.,

    Plaintiff,

v.                                CASE NO. 8:16-cv-03406-SCB-AEP

AGR FIELD SERVICES, LLC; et al.,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

Pursuant to Middle District of Florida Local Rule 3.08, Defendants AGR Field Services, LLC; AGR Group, LLC; All Global Resources LLC; All Global Resources L.L.C.; EnergyCare, LLC; Energy Professionals, LLC; Sales Verification Company, LLC; Teamworks Marketing, LLC; US Power and Gas, Inc.; Utilities Marketing Group, LLC; Utility Sales Management LLC; Utility Sales Management, L.L.C., Quantum Energy Holdings, LLC; Matt Judkin; Herb Zerden; and Adolfo Quintero (the "AGR Defendants") notify the Court that Plaintiff, Noble Systems Corp., and the AGR Defendants have reached agreement on the basic terms of a settlement in this

matter. The parties are preparing a formal agreement setting forth the details of their settlement and expect to file a stipulation for dismissal with prejudice within 30 days of the date of this notice (unless the Court is notified sooner).

Respectfully submitted,

THOMAS & LOCICERO PL

/s/ James B. Lake
By: James B. Lake
 Florida Bar No. 23477
601 South Boulevard
Tampa, FL 33606
Telephone: (813) 984-3062
Facsimile: (813) 984-3070
jlake@tlolawfirm.com

and

Jason C. Kravitz (admitted pro hac vice)
Troy K. Lieberman (admitted pro hac vice)
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110
Telephone: (617) 345-1000
Facsimile: (617) 345-1300
jkravitz@nixonpeabody.com
tlieberman@nixonpeabody.com

Attorneys for AGR Defendants

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing will be served by electronic service through the Clerk of the Court's CM/ECF filing system. I further certify that the foregoing document will be mailed by first class mail, postage prepaid, to any parties that do not participate in the CM/ECF filing system.
Dated: May 5, 2017.

*/s/ James B. Lake*
Attorney