UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| NOBLE SYSTEMS CORP., INC.<br><br>        Plaintiff,<br><br>v.<br><br>AGR FIELD SERVICES, LLC, *et al*.<br><br>        Defendants. | Civil Action No. 8:16-cv-03406 |

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Noble Systems Corp., Inc. and Defendants AGR Field Services, LLC; AGR Group, LLC; All Global Resources, LLC; All Global Resources, L.L.C.; EnergyCare, LLC; Energy Professionals, LLC; Sales Verification Company, LLC; TeamWorks Marketing, LLC; US Power and Gas, Inc.; Utilities Marketing Group, LLC; Utility Sales Management LLC; Utility Sales Management, L.L.C.; Quantum Energy Holdings, LLC; Matt Judkin; Herb Zerden; and Adolfo Quintero (collectively, the "AGR Defendants"), by and through their undersigned attorneys, respectfully submit this joint Stipulation of Dismissal of this entire action – including all claims and counterclaims – with prejudice and without costs of the above-captioned action.

Dated: May 19, 2017

Respectfully submitted,

By: /s/ *Jeremy U. Littlefield*
   Richard Robbins
   Florida Bar No. 651680
   Jeremy U. Littlefield (*pro hac vice*)
   Robbins Ross Alloy Belifante Littlefield
   999 Peachstree Street, NE, Suite 1120
   Atlanta, Georgia
   Tel: (678) 701-9381
   Fax: (404) 856-3250
   rrobbins@robbinsfirm.com
   jlittlefield@robbinsfirm.com

   Kelly B. Holbrook
   Florida Bar No. 0527084
   kholbrook@broadandcassel.com
   Broad and Cassel LLP
   100 North Tampa Street, Suite 3500
   Tampa, Florida 33602
   Tel: (813) 225-3020
   Fax: (813) 225-3039

   *Attorneys for Plaintiff*

By: /s/ *Troy K. Lieberman (w/permission)*
   James B. Lake
   Florida Bar No. 23477
   601 South Boulevard
   Tampa, FL 33606
   Tel: (813) 984-3062
   Fax: (813) 984-3070
   jlake@tlolawfirm.com

   Jason C. Kravitz (*pro hac vice*)
   MA Bar No. 565904
   Troy K. Lieberman (*pro hac vice*)
   MA Bar No. 681755
   Nixon Peabody LLP
   100 Summer Street
   Boston, Massachusetts 02110
   Tel: 617-345-1000
   Fax: 617-345-1300
   jkravitz@nixonpeabody.com
   tlieberman@nixonpeabody.com

   *Attorneys for Defendants*

Dated: _____, 2017
   Tampa, Florida

**SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE