```
MIME-Version:1.0
From:cmecf_flmd_notification@flmd.uscourts.gov
To:cmecf_flmd_notices@localhost.localdomain
Bcc:
--Case Participants: Kelly B. Holbrook (kholbrook@broadandcassel.com,
ralicea@broadandcassel.com), Jason C. Kravitz (bos.managing.clerk@nixonpeabody.com,
jkravitz@nixonpeabody.com), James B. Lake (jlake@tlolawfirm.com,
tgilley@tlolawfirm.com), Troy K. Lieberman (bos.managing.clerk@nixonpeabody.com,
jsarr@nixonpeabody.com, tlieberman@nixonpeabody.com), Jeremy U. Littlefield
(dbutler@robbinsfirm.com, jlittlefield@robbinsfirm.com, kbunch@robbinsfirm.com,
rmeier@robbinsfirm.com), Richard L. Robbins (rmeier@robbinsfirm.com,
rrobbins@robbinsfirm.com, smorris@robbinsfirm.com), Stanford R. Solomon
(cbrunton@solomonlaw.com, lmallini@solomonlaw.com, ssolomon@solomonlaw.com), Judge
Susan C Bucklew (chambers_flmd_bucklew@flmd.uscourts.gov), Magistrate Judge Anthony
E. Porcelli (chambers_flmd_porcelli@flmd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:<15983479@flmd.uscourts.gov>
Subject:Activity in Case 8:16-cv-03406-SCB-AEP Noble Systems Corp., Inc. v. AGR
Field Services, LLC et al Order no pdf
```
Content-Type: text/html

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## Middle District of Florida

### Notice of Electronic Filing

The following transaction was entered on 5/5/2017 at 4:39 PM EDT and filed on 5/5/2017
**Case Name:**     Noble Systems Corp., Inc. v. AGR Field Services, LLC et al
**Case Number:**   8:16-cv-03406-SCB-AEP
**Filer:**
**Document Number:** 78(No document attached)

**Docket Text:**
**ENDORSED ORDER that on the basis of the AGR Defendants' Notice of Settlement [77], this cause is DISMISSED WITHOUT PREJUDICE to the right of any party to re-open the action within sixty (60) days, upon good cause shown, or to submit a stipulated form of final judgment. The Clerk is directed to terminate all pending motions and close the case. Signed by Judge Susan C Bucklew on 5/5/2017. (JMM)**

**8:16-cv-03406-SCB-AEP Notice has been electronically mailed to:**

Stanford R. Solomon    ssolomon@solomonlaw.com, cbrunton@solomonlaw.com, lmallini@solomonlaw.com

Richard L. Robbins    rrobbins@robbinsfirm.com, rmeier@robbinsfirm.com, smorris@robbinsfirm.com

James B. Lake    jlake@tlolawfirm.com, tgilley@tlolawfirm.com

Kelly B. Holbrook    kholbrook@broadandcassel.com, ralicea@broadandcassel.com

Jeremy U. Littlefield    jlittlefield@robbinsfirm.com, dbutler@robbinsfirm.com, kbunch@robbinsfirm.com, rmeier@robbinsfirm.com

Jason C. Kravitz    jkravitz@nixonpeabody.com, bos.managing.clerk@nixonpeabody.com

Troy K. Lieberman    tlieberman@nixonpeabody.com, bos.managing.clerk@nixonpeabody.com, jsarr@nixonpeabody.com

**8:16-cv-03406-SCB-AEP Notice has been delivered by other means to:**

```
MIME-Version:1.0
From:cmecf_flmd_notification@flmd.uscourts.gov
To:cmecf_flmd_notices@localhost.localdomain
Bcc:
--Case Participants: Kelly B. Holbrook (kholbrook@broadandcassel.com,
ralicea@broadandcassel.com), Stanford R. Solomon (cbrunton@solomonlaw.com,
lmallini@solomonlaw.com, ssolomon@solomonlaw.com), Jason C. Kravitz
(bos.managing.clerk@nixonpeabody.com, jkravitz@nixonpeabody.com), James B. Lake
(jlake@tlolawfirm.com, tgilley@tlolawfirm.com), Troy K. Lieberman
(bos.managing.clerk@nixonpeabody.com, jsarr@nixonpeabody.com,
tlieberman@nixonpeabody.com), Richard L. Robbins (rmeier@robbinsfirm.com,
rrobbins@robbinsfirm.com, smorris@robbinsfirm.com), Jeremy U. Littlefield
(dbutler@robbinsfirm.com, jlittlefield@robbinsfirm.com, kbunch@robbinsfirm.com,
rmeier@robbinsfirm.com), Judge Susan C Bucklew
(chambers_flmd_bucklew@flmd.uscourts.gov), Magistrate Judge Anthony E. Porcelli
(chambers_flmd_porcelli@flmd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:<16033000@flmd.uscourts.gov>
Subject:Activity in Case 8:16-cv-03406-SCB-AEP Noble Systems Corp., Inc. v. AGR
Field Services, LLC et al Order no pdf
Content-Type: text/html
```

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

U.S. District Court

Middle District of Florida

### Notice of Electronic Filing

The following transaction was entered on 5/22/2017 at 8:56 AM EDT and filed on 5/22/2017
**Case Name:** Noble Systems Corp., Inc. v. AGR Field Services, LLC et al
**Case Number:** 8:16-cv-03406-SCB-AEP
**Filer:**
**WARNING: CASE CLOSED on 05/08/2017**
**Document Number:** 80(No document attached)

**Docket Text:**
**ENDORSED ORDER that on the basis of the parties' Joint Stipulation of Dismissal [79], this case is DISMISSED WITH PREJUDICE. Signed by Judge Susan C Bucklew on 5/22/2017. (JMM)**

**8:16-cv-03406-SCB-AEP Notice has been electronically mailed to:**

Stanford R. Solomon    ssolomon@solomonlaw.com, cbrunton@solomonlaw.com, lmallini@solomonlaw.com

Richard L. Robbins    rrobbins@robbinsfirm.com, rmeier@robbinsfirm.com, smorris@robbinsfirm.com

James B. Lake    jlake@tlolawfirm.com, tgilley@tlolawfirm.com

Kelly B. Holbrook    kholbrook@broadandcassel.com, ralicea@broadandcassel.com

Jeremy U. Littlefield    jlittlefield@robbinsfirm.com, dbutler@robbinsfirm.com, kbunch@robbinsfirm.com, rmeier@robbinsfirm.com

Jason C. Kravitz    jkravitz@nixonpeabody.com, bos.managing.clerk@nixonpeabody.com

Troy K. Lieberman    tlieberman@nixonpeabody.com, bos.managing.clerk@nixonpeabody.com, jsarr@nixonpeabody.com

**8:16-cv-03406-SCB-AEP Notice has been delivered by other means to:**